

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In re Cliff Carpenter

No. 06-19-00109-CV

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2015-C-0027). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs of this appeal.

RENDERED FEBRUARY 13, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk